1022

[No. 11482-8-II.   Division Two.   December 7, 1989.]

CHARLES J. CONLEY, *Appellant*, v. THE DEPARTMENT
OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for
Clallam County, No. 84-2-00112-0, Gary W. Velie, J.,
entered October 22, 1987. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Alexander, C.J., and Reed,
J.

[No. 11253-1-II.   Division Two.   December 7, 1989.]

RODNEY S. WRIGHT, ET AL, *Appellants*, v. DONALD M.
PEARSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 86-2-00055-2, Ted Kolbaba, J., entered
July 16, 1987. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Alexander, C.J., and Reed, J.

[Nos. 11733-9-II; 11940-4-II.   Division Two.   December 7, 1989.]

REPUBLIC LEASING '83D, *Respondent*, v. UNION
CORPORATION, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Thur-
ston County, No. 85-2-01427-5, Daniel J. Berschauer and
Carol A. Fuller, JJ., entered February 3 and April 4, 1988.
*Affirmed* by unpublished opinion per Petrich, A.C.J., con-
curred in by Reed and Worswick, JJ.

[No. 9370-1-III.   Division Three.   December 7, 1989.]

VERNON JOHNSON, ET AL, *Appellants*, v. DOROTHY
HOLLENBECK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 86-2-00689-2, Cameron K. Hopkins, J.,
entered May 6, 1988. *Affirmed* by unpublished opinion per
Shields, J., concurred in by Thompson, C.J., and Green, J.